UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 23-CR-
        [18 U.S.C. § 1956(a)(2)(B)(ii) and § 2(a)]

SHELIAN ALLEN,

        Defendant.

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning in approximately July of 2020, and continuing through approximately August of 2020, in the State and Eastern District of Wisconsin and elsewhere,

**SHELIAN ALLEN**

did knowingly participate in the transportation, transmission, and transfer of funds, that is, $21,000 in United States Currency, from a place in the United States, that is from Brown County, Wisconsin, through Lawrenceville, Georgia, to a place outside the United States, that is, Jamaica, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to avoid transaction reporting requirements under state and federal law.

In violation of Title 18, United States Code, Sections 1956(a)(2)(B)(ii) and 2(a).

## FORFEITURE NOTICE

1. Upon conviction of the money laundering offense in violation of Title 18, United States Code, Section 1956, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property involved in the offense, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense.

2. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

4/4/2023
Date

/s/ GREGORY J. HAANSTAD
United States Attorney